G. William Jarman
Kean, Miller, Hawthorne, et al
P. O. Box 3513
Baton Rouge LA 70821

Alan J. Berteau
Kean, Miller
P. O. Box 3513
Baton Rouge LA 70821

Glenn Michael Farnet
Kean, Miller
P. O. Box 3513
Baton Rouge LA 70821

Kevin Wade Trahan
Ottinger, Hebert, etc.
P. O. Drawer 52606
Lafayette LA 70505-2606

Michael R. Phillips
Attorney at Law
909 Poydras St., #1450
New Orleans LA 70112

Louis Victor Gregoire, Jr.
Kean, Miller
P. O. Box 3513
Baton Rouge LA 70821

Jeffrey Neal Boudreaux
Kean Miller
P. O. Box 3513
Baton Rouge LA 70824

Robert E. Meadows
King & Spalding, LLP
1100 Louisiana, Ste 4000
Houston TX 77002-5213

Carol M. Wood
King & Spalding, LLP
1100 Louisiana, Ste 4000
Houston TX 77002-5213

Shelby E. Wilson
King & Spalding
1100 Louisiana, Ste. 4000
Houston TX 77002

Linda Sarradet Akchin
Kean Miller
P. O. Box 3513
Baton Rouge LA 70821-3513

**REHEARING ACTION: March 21, 2012**

**Docket Number: 10-1341 CW consolidated with 11-843 CA & 11-1016 CA**

**STATE OF LOUISIANA AND THE**
**VERMILION PARISH SCHOOL BOARD**
**VERSUS**
**THE LOUISIANA LAND AND EXPLORATION**
**COMPANY, ET AL.**

**Writ Application from Vermilion Parish Case No. 82,162**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**
    **Hon. James T. Genovese**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Union Oil Company of California, Union Exploration Partners, Chevron U.S.A., Inc., Chevron Midcontinent, LP, and Carrollton Resources, LLC** has this day been

**DENIED.**

Also, the request for en banc rehearing filed by **Union Oil Company of California, Union Exploration Partners, Chevron U.S.A., Inc., Chevron Midcontinent, LP, and Carrollton Resources, LLC** has this day been

**DENIED.**

cc: Donald T. Carmouche, Counsel for the Applicant
    Victor L. Marcello, Counsel for the Applicant
    Calvin Eugene Woodruff, Jr., Counsel for the Applicant
    John Hogarth Carmouche, Counsel for the Applicant
    Grady Joseph Abraham, Counsel for the Applicant
    John S. Dupont, III, Counsel for the Applicant
    William R. Coenen, III, Counsel for the Applicant
    Brian T. Carmouche, Counsel for the Applicant
    Ross J. Donnes, Counsel for the Applicant
    Hon. Jerold Edward Knoll, Counsel for the Appellant